UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON MURILLO,

    Plaintiff,

v.

J. CASTILLO, et al.,

    Defendants.

Case No. 20-cv-06924-RS (PR)

**ORDER DISSOLVING STAY AND REOPENING ACTION;**

**ORDER SETTING MOTION BRIEFING SCHEDULE**

    This federal civil rights action was stayed and referred to the Federal Pro Bono project to obtain counsel for plaintiff. Counsel has not been located for plaintiff. Accordingly, the stay is DISSOLVED and the action is REOPENED. The Clerk shall modify the docket to reflect that this action is reopened.

    Defendants' dispositive motion shall be filed on or before **August 1, 2022**. Plaintiff's opposition to defendants' motion shall be filed within 45 days after defendants' motion is filed. Defendants' reply shall be filed within 15 days after plaintiff's opposition is filed. The motion will be deemed submitted on the date the reply brief is due.

    Defendants' motion to reverse or defer the stay is DENIED as moot. (Dkt. No. 59.) Defendants attached to the motion to reverse the stay a motion for summary judgment for failure to exhaust administrative remedies. (Dkt. No. 59-1 at 2.) Defendants shall refile such summary judgment motion on or before August 1, 2022. The Clerk shall terminate all pending motions.

    **IT IS SO ORDERED.**

**Dated:** April 25, 2022

_____
RICHARD SEEBORG
Chief United States District Judge